Todd M. Friedman (216752)
Cynthia Levin SBN 27050
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0298
tfriedman@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SCAVO, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>ATLANTIC RECOVERY SOLUTIONS, LLC; DOES 1-10, inclusive,<br>Defendant(s). | Case No.<br><br>2:18-cv-01094-GJP<br><br><br>**NOTICE OF SETTLEMENT** |

   NOW COME THE PLAINTIFF by and through their attorneys to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

   Respectfully submitted this June 8, 2018

                    By: /s/Cynthia Levin
                      Cynthia Levin ESQ.

Notice of settlement - 1

## **CERTIFICATE OF SERVICE**

Filed electronically on June 8 2018, with:

United States District Court CM/ECF system

Notification sent electronically on June 8 2018, to:

To the Honorable Court, all parties and their Counsel of Record

This 8th Day of June, 2018.

<u>By: /s/ Cynthia Levin</u>
      Cynthia Levin, ESQ.